**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

|  |  |
|---|---|
| In re | ) Chapter 7 |
| JEFFREY DALE PHILLIPS and CHRISTINA LEE PHILLIPS, | ) Case No. 19-30566-KKS |
| Debtor(s) | ) BANKRUPTCY JUDGE<br>) KAREN K SPECIE |

_____

### KEN ARNOLD'S MOTION FOR RULE 2004 EXAMINATION OF JEFFREY DALE PHILLIPS

COMES NOW, Creditor, Ken Arnold, (hereinafter "Arnold"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 2004, files this motion for the entry of an order authorizing a Rule 2004 examination of JEFFREY DALE PHILLIPS ("Phillips") and alleges:

1. Phillips filed his Voluntary Petition for Individuals Filing for Bankruptcy ("Petition") [Doc. 1] on May 15, 2019.

2. Arnold proposes to conduct an examination of Phillips. The scope of the examination will be limited pursuant to Federal Rule of Bankruptcy Procedure 2004(b) to the acts, conduct and property of the Debtor, Phillips, and any other matter which may affect the administration of the Debtor's estate. *See* Fed. R. Bankr. P. 2004 (b).

3.      Should the Court grant the requested relief, the examination should take place before an official certified court reporter at a time and place to be determined.

**WHEREFORE**, Creditor, Ken Arnold, respectfully requests this Honorable Court enter an Order directing JEFFREY DALE PHILLIPS to appear for the Rule 2004 examination, and for such other and further relief that the Court deems just and proper.

Dated this 10th day of July, 2019.

LITVAK BEASLEY WILSON & BALL, LLP

*/s/Robert O. Beasley*
**ROBERT O. BEASLEY**
Florida Bar No.: 0148512
rob@lawpensacola.com
**PHILLIP A. PUGH**
Florida Bar No.: 0505501
papugh@lawpensacola.com
**DEWITT D. CLARK**
Florida Bar No.: 0121798
dclark@lawpensacola.com
**LITVAK BEASLEY WILSON & BALL, LLP**
40 S. Palafox Pl., Suite 300
Pensacola, FL 32502
*Attorney for Creditor, Ken Arnold*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been provided to **Amy Logan Sliva, Esq.**, via email at amysliva@cox.net and **Sychrony Bank** via e-mail at claims@recoverycorp.com, this 10th day of July, 2019.

/s/ Robert O. Beasley
**Robert O. Beasley**