FORM or2004ex (08/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Jeffrey Dale Phillips
  dba Affordable Marine Service
  SSN/ITIN: xxx–xx–2217
   Debtor

Christina Lee Phillips
SSN/ITIN: xxx–xx–8665
  Joint Debtor

Bankruptcy Case No.: 19–30566–KKS

Chapter: 7
Judge: Karen K. Specie

*ORDER GRANTING MOTION FOR EXAMINATION UNDER RULE 2004*
*(Doc. No. 21)*

   This case is before the Court upon the Motion for an Order Requesting an Examination under Bankruptcy Rule 2004 (the "Motion") filed by Ken Arnold, hereinafter referred to as "Movant." After reviewing the Motion, it is

  ***ORDERED***:

  1. The Motion is granted.

  2. The Movant may conduct an examination of Jeffrey Dale Phillips, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

  3. The Rule 2004 Examination shall occur at a mutually convenient time no earlier than fourteen (14) days from the entry of this Order and no later than twenty–eight (28) days from the entry of this Order.

  4. Any request to produce documents *duces tecum* is denied, subject to the right of the examining party to properly subpoena needed documents.

  ***DONE AND ORDERED*** on July 11, 2019.

                                                <u>/s/ Karen K. Specie</u>
                                                Karen K. Specie
                                                U.S. Bankruptcy Judge

**SERVICE:** Robert Beasley shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.