UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:     JEFFREY DALE PHILLIPS and
           CHRISTINA LEE PHILLIPS

           DEBTOR(S).              CASE NO: 19-30566-KKS
_____/ CHAPTER: 7

### DEBTORS' OBJECTION TO
### KEN ARNOLDS' MOTION FOR APPOINTMENT OF RECEIVER OVER
### AFFORDABLE MARINE SERVICES (DOC. #20)

**COME(S) NOW,** Debtor(s), JEFFREY DALE PHILLIPS and CHRISTINA LEE PHILLIPS, by and through undersigned counsel, and file(s) this Objection to Ken Arnolds' Motion for Appointment of Receiver Over Affordable Marine Services (Doc. #20) herein and states:

1. Affordable Marine Services is now closed and therefore Ken Arnolds' Motion for Appointment of Receiver should be denied for mootness.

2. Additionally, there are no assets for the trustee to safeguard. Affordable Marine Services rented the building it operated from. There are no accounts receivable outstanding, the tools used in the business belong to Mr. Phillips personally and were disclosed on Schedule B of the petition and claimed as exempt on Schedule C. Debtor does not keep an inventory on hand as he is simply a mechanic who repairs boats and orders parts as needed for the job. And the business bank account at Harvesters has been frozen since before the Debtors filed for bankruptcy.

3. Mr. Phillips did list his business income and expenses as well as net income on form 1061 as required, but for some reason the new version of Best Case only shows the net income. We provided a copy of Debtors 2018 Tax Return to the Chapter 7 Trustee showing a detailed breakdown of Affordable Marine Services gross income, expenses, and net income.

4. Additionally, schedules have been amended to include the month-to-month lease that was entered into in September of 2011 for the business, on a 6 month basis, even though this lease is now just a holdover lease.

5. In light of the fact that the business is closed and there are no assets that would bring any value to the estate, Debtors ask that the court deny the Motion before it.

      **WHEREFORE**, Debtors request that the Court deny the Ken Arnolds' Motion For Appointment of Reciver Over Affordable Marine Services.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
SLIVA LAW FIRM, LLC
Florida Bar Number: 0394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
amysliva@cox.net
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to ROBERT O. BEASLEY, ESQ., (rob@lawpensacola.com) on the same date as reflected on the court's docket as the electronic filing date for this document.

/s/Amy Logan Sliva
AMY LOGAN. SLIVA