UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:   JEFFREY DALE PHILLIPS and
         CHRISTINA LEE PHILLIPS

         DEBTOR(S).                    CHAPTER: 7
_____/ CASE NO: 19-30566-KKS

IN RE: KEN ARNOLD
       Plaintiff,

                                       Adversary Case No. 19-03009-KKS
v.

JEFFREY DALE PHILLIPS and
CHRISTINA LEE PHILLIPS
       Defendants.
_____

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

**COMES NOW**, AMY LOGAN SLIVA, and files this Motion to Withdraw as Attorney for Debtor(s) JEFFREY DALE PHILLIPS and CHRISTINA LEE PHILLIPS, and as grounds for this motion states:

1. This case was filed as a Chapter 7 on May 16, 2019.

2. The adversary case was filed on July 16, 2019.

3. Debtor's counsel and Debtor(s) have irreconcilable differences including a breakdown in communication.

4. Debtor(s) breached their agreement to pay attorney's fees for the adversary case to the undersigned.

**WHEREFORE**, the undersigned, Amy Logan Sliva, hereby requests that an order be entered allowing her to withdraw as counsel for Debtor(s) and relieving her of any further duty, obligation or responsibility for the representation

of Debtor(s) Jeffrey and Christina Phillips in the main case and the adversary case listed above.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
SLIVA LAW FIRM LLC
Florida Bar Number: 394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
Attorney for Debtor(s)
amysliva@cox.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to SHERRY CHANCELLOR, TRUSTEE, (sherry.chancellor@yahoo.com); ROBERT O. BEASLEY, ESQ. (ROBservice@lawpensacola.com); and DEWITT D. CLARK, ESQ. (dclark@lawpensacola.com), and by U.S. Mail to JEFFREY and CHRISTINA PHILLIPS, 1858 Wareham Way, Cantonment, FL 32533, on the same date as reflected on the court's docket as the electronic filing date for this document.

/s /Amy Logan Sliva
AMY LOGAN SLIVA